AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LARRY KLAYMAN <br><br> *Plaintiff(s)* <br> v. <br><br> BARACK HUSSEIN OBAMA <br> THOMAS E. BRANDON <br> LORETTA LYNCH <br> UNITED STATES OF AMERICA <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-cv-80087-DMM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Barack Hussein Obama, President of the United States
5046 South Greenwood Avenue, Chicago, Illinois 60615

Residing at:
1600 Pennsylvania Avenue, Washington, D.C. 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Larry Klayman, Esq.
FL Bar No. 246220
7050 W Palmetto Park Road, Unit 15-287
Boca Raton, FL 33433
(310) 595-0800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  1/19/2016
       01/19/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| LARRY KLAYMAN <br><br> *Plaintiff(s)* <br> v. <br><br> BARACK HUSSEIN OBAMA <br> THOMAS E. BRANDON <br> LORETTA LYNCH <br> UNITED STATES OF AMERICA <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-cv-80087-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THOMAS E. BRANDON
Deputy Director of the U.S. Department of Justice,
Head of the Bureau of Alcohol, Tobacco and Firearms
99 New York Avenue, NE
Washington, DC 20226


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Larry Klayman, Esq.
FL Bar No. 246220
7050 W Palmetto Park Road, Unit 15-287
Boca Raton, FL 33433
(310) 595-0800


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

Date:   01/19/2016

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LARRY KLAYMAN *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 16-cv-80087-DMM |
| BARACK HUSSEIN OBAMA THOMAS E. BRANDON LORETTA LYNCH UNITED STATES OF AMERICA *Defendant(s)* | ) ) ) ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LORETTA LYNCH
U.S. Attorney General
U.S. Department of Justice
555 Fourth St. NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Larry Klayman, Esq.
FL Bar No. 246220
7050 W Palmetto Park Road, Unit 15-287
Boca Raton, FL 33433
(310) 595-0800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   01/19/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| LARRY KLAYMAN<br><br>*Plaintiff(s)*<br>v.<br>BARACK HUSSEIN OBAMA<br>THOMAS E. BRANDON<br>LORETTA LYNCH<br>UNITED STATES OF AMERICA<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 16-cv-80087-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  UNITED STATES OF AMERICA
U.S. Attorney General Loretta Lynch
U.S. Department of Justice
555 Fourth St. NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Larry Klayman, Esq.
FL Bar No. 246220
7050 W Palmetto Park Road, Unit 15-287
Boca Raton, FL 33433
(310) 595-0800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  01/19/2016

Steven M. Larimore
Clerk of Court



**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts