**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LARRY KLAYMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No.: 9:16-cv-80087-DMM |
| BARACK OBAMA, *et. al.*, | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF APPEARANCE ON BEHALF OF ALL DEFENDANTS**

To the clerk of court and all parties of record:

Please take notice that Bailey W. Heaps, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for all Defendants in the above-captioned matter. Bailey W. Heaps is authorized to practice in this Court pursuant to Rule 4(d) of this District's Special Rules Governing the Admission and Practice of Attorneys.

DATED: February 1, 2016        Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

WIFREDO A. FERRER
U.S. Attorney

JOHN R. TYLER
Assistant Director, Federal Programs Branch

 */s/ Bailey W. Heaps*
BAILEY W. HEAPS (CA Bar No. 295870)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

          20 Massachusetts Avenue NW
          Washington, D.C. 20530
          Telephone: (202) 514-1280
          Facsimile: (202) 616-8470
          Bailey.W.Heaps@usdoj.gov

*Counsel for Defendants*