UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80087-CIV-MIDDLEBROOKS

LARRY KLAYMAN,

      Plaintiff,

vs.

BARACK OBAMA, et al.,

      Defendants.

_____/

**DEFENDANTS' MOTION TO STAY PROCEEDINGS ON
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR
IN THE ALTERNATIVE FOR AN EXTENSION OF TIME**

Defendants, by and through undersigned counsel, respectfully move to stay the briefing and consideration of Plaintiff's motion for summary judgment, *see* ECF No. 8.  Defendants' response to Plaintiff's summary judgment motion is currently due February 22, 2016, even before Defendants' response to the Complaint is due. (Defendants' response to the Complaint is currently due on March 28, 2016.)  Because Defendants' response to the Complaint will be a motion to dismiss all claims for lack of subject matter jurisdiction, and because this Court should resolve questions related to its jurisdiction prior to considering Plaintiff's motion for summary judgment, Defendants hereby request a stay of all further proceedings on Plaintiff's motion for summary judgment until twenty-one days after this Court rules on Defendants' forthcoming motion to dismiss.  In the alternative, Defendants request an extension of their deadline to respond to Plaintiff's motion for summary judgment to March 28, 2016, the current deadline for responding to the Complaint.  Accompanying this motion is a memorandum of points and authorities in support of this motion and a proposed order.

**Certificate of Conference**

Pursuant to Local Civil Rule 7.1(a)(3), undersigned counsel conferred with Plaintiff (who is acting *pro se*), who indicated that he would consent to Defendants' request for an extension.

DATED: February 11, 2016        Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

WIFREDO A. FERRER
U.S. Attorney

JOHN R. TYLER
Assistant Director, Federal Programs Branch

*/s/ Bailey W. Heaps*
BAILEY W. HEAPS (CA Bar No. 295870)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Bailey.W.Heaps@usdoj.gov

*Counsel for Defendants*

**<u>Certificate of Service</u>**

       I hereby certify that a true and correct copy of the foregoing was served electronically on February 11, 2016, on all counsel or parties of record on the Service List below.

*/s/ Bailey W. Heaps*
BAILEY W. HEAPS (CA Bar No. 295870)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Bailey.W.Heaps@usdoj.gov

**SERVICE LIST**
MR. LARRY E. KLAYMAN, ESQ.
The Klayman Law Firm.
7050 W Palmetto Park Rd.
Suite 15-287
Boca Raton, Florida 33433
Email: leklayman@gmail.com
*Plaintiff*