UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80087-CIV-MIDDLEBROOKS

LARRY KLAYMAN,

    Plaintiff,

vs.

BARACK OBAMA, et al.,

    Defendants.
_____/

### [PROPOSED] ORDER ON DEFENDANTS' MOTION TO STAY PROCEEDINGS ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME

Before the Court is Defendants' Motion to Stay Proceedings on Plaintiff's Motion for Summary Judgment or in the Alternative for an Extension of Time. The Court, having considered the parties' submission(s), hereby:

_____ Grants Defendants' Motion to Stay Proceedings on Plaintiff's Motion for Summary Judgment. Defendants are ordered to respond to Plaintiff's motion within twenty-one days of any denial of Defendants' forthcoming motion to dismiss.

_____ Denies Defendants' Motion to Stay Proceedings, but grants Defendants' Motion for an Extension of Time. Defendants are ordered to respond to Plaintiff's Motion by March 28, 2016.

                                                                       So ordered.

DATED: _____

                                          _____
                                          THE HONORABLE DONALD M. MIDDLEBROOKS
                                          UNITED STATES DISTRICT JUDGE