I IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

LARRY KLAYMAN

                              Plaintiff,

    v.

The Honorable BARACK OBAMA
President of the United States

            and

The Honorable THOMAS E. BRANDON
Deputy Director of the U.S. Department of Justice,
Head of the Bureau of Alcohol, Tobacco and Firearms

            and                         Case No. 9:16-cv-80087-DMM

The Honorable LORETTA LYNCH
U.S. Attorney General

            and

THE UNITED STATES OF AMERICA

                              Defendants.

**PLAINTIFF'S CORRECTION TO MISLEADING PLEADINGS AND
PROPOSED ORDER FILED BY DEFENDANTS' COUNSEL
CONCERNING THEIR MOTION TO STAY**

      Plaintiff hereby puts the Court on notice that the above styled Defendants' Motion to Stay Proceedings On Plaintiffs' Motion for Summary Judgment Or In the Alternative for An Extension of Time filed by Defendants' counsel contains a material misrepresentation by omission of the actual agreement reached between counsel. Plaintiff's counsel agreed to an extension until and including March 28, 2016 to respond to the complaint if the Defendants would simultaneously file an opposition to Plaintiff's motion for summary judgment. In fact, this

timetable to respond to both the complaint and Plaintiff's Motion for Summary Judgment was proposed by Defendants counsel, Bailey W. Heap, and Plaintiff's counsel agreed during a telephone conference within the last days. Plaintiff thus strenuously opposes any stay of this case, as time is of the essence given the important constitutional and other issues at bar.

In sum, Defendants' motion for stay creates the false impression that the only agreement between counsel was for an extension to respond to the complaint. Thus, the agreement to respond to the complaint and the summary judgment motion on March 28, 2016, reached by counsel should respectfully be considered by the Court in ruling upon Defendants' motion. Indeed the issues in any motion to dismiss filed by Defendants and Plaintiff's summary judgment motion are interwoven and thus this agreed timetable would work an economy for both the Court and the parties, and is in the interests of justice and the public interest.

This case is time sensitive and should respectfully move forward on an expeditious basis.

Dated: February 11, 2016                                     Respectfully submitted,

                                                              /s/ Larry Klayman
                                                             Larry Klayman, Esq.
                                                             FL Bar No. 246220
                                                             7050 W Palmetto Park Road, Unit 15-287
                                                             Boca Raton, Florida 33433
                                                             Telephone:  (310) 595-0800
                                                             E-mail:  leklayman@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this February 11, 2016 a true and correct copy of the foregoing Plaintiff's Correction was filed with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

                         BENJAMIN C. MIZER
                         Principal Deputy Assistant Attorney General

                         JOHN R. TYLER
                         Assistant Director, Federal Programs Branch

2

BAILEY W. HEAPS (CA Bar No. 295870)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Bailey.W.Heaps@usdoj.gov
*Counsel for Defendants*


WIFREDO A. FERRER
U.S. Attorney for the Southern District of Florida

Mr. Anthony Erickson Pogorzelski, Esq.
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9296
 Fax: (305) 530-7139
 Email: anthony.pogorzelski@usdoj.gov

                                           */s/ Larry Klayman*
                                           Larry Klayman, Esq.