# EXHIBIT C

| | |
|---|---|
| **From:** | Heaps, Bailey W. (CIV) |
| **To:** | "Larry Klayman" |
| **Subject:** | RE: Klayman v. Obama, No. 9:16-cv-80087 (S.D. Fla.) |
| **Date:** | Tuesday, February 09, 2016 9:39:00 AM |

Thank you for your prompt response and for your consent to that part of our motion.

Best,

Bailey

**From:** Larry Klayman [mailto:leklayman@gmail.com]
**Sent:** Tuesday, February 09, 2016 9:39 AM
**To:** Heaps, Bailey W. (CIV)
**Subject:** Re: Klayman v. Obama, No. 9:16-cv-80087 (S.D. Fla.)

We will consent to allowing you to respond to the summary judgment motion at the time you respond to the complaint.

LK

On Feb 9, 2016 6:06 AM, "Heaps, Bailey W. (CIV)" <Bailey.W.Heaps@usdoj.gov> wrote:
Dear Mr. Klayman,

   I hope this message finds you well.  As you'll likely recall from our telephone conference last week, I represent Defendants in *Klayman v. Obama*, No. 9:16-cv-80087 (S.D. Fla.).

   We intend to file a motion asking the Court to stay proceedings on the motion for summary judgment filed last week pending the outcome of our forthcoming motion to dismiss for lack of subject matter jurisdiction.  Under that proposal, if our motion to dismiss is denied, we will respond to your motion for summary judgment within twenty-one days of the Court's order.

   In the alternative, we are asking the Court for an extension of time in which to respond to the motion for summary judgment from the current February 22 deadline to March 28, the deadline for our responsive pleading.  In our call last week, you indicated you had no problem with such an extension.

   Will you consent to either or both of these proposals?  It would be wonderful if you could let me know by close of business today.

   Many thanks in advance for your help.

   Best,

   Bailey Heaps

**Bailey W. Heaps**
Trial Attorney

Federal Programs Branch
Civil Division, United States Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Direct Dial: (202) 514-1280