IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80087-DMM

LARRY KLAYMAN,

       Plaintiff,

v.

BARACK OBAMA, President of the United
States, THOMAS E. BRANDON, Deputy
Director of the U.S. Department of Justice,
Head of the Bureau of Alcohol, Tobacco and
Firearms, LORETTA LYNCH, U.S.
Attorney General, and
THE UNITED STATES OF AMERICA,

       Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO STAY OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME

THIS CAUSE comes before the Court on Defendants' Motion to Stay Proceedings on Plaintiff's Motion for Summary Judgment or, in the Alternative, for an Extension of Time ("Motion"), filed February 11, 2016. (DE 11). Plaintiff's Response and Defendants' Reply were both filed that same day. (DE 12; DE 13). In their Motion, Defendants seek a stay of the proceedings related to Plaintiff's Motion for Summary Judgment or, in the alternative, an extension of time so that Defendants may respond to Plaintiff's Motion for Summary Judgment at the same time they respond to Plaintiff's Complaint.[1] In response, Plaintiff contends the Motion is misleading by failing to explain that Plaintiff consented to an extension of time only if Defendants "would simultaneously file an opposition to Plaintiff's motion for summary judgment." (DE 12).

---

[1] Defendants' response to Plaintiff's Complaint is due March 28, 2016.

Defendants' Motion does, however, indicate that Defendants made this exact request.[2] Seeing the request for extension is uncontested,[3] it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Stay Proceedings on Plaintiff's Motion for Summary Judgment or, in the Alternative, for an Extension of Time (DE 11) is **GRANTED IN PART AND DENIED IN PART**. Defendants shall file a Response to Plaintiff's Motion for Summary Judgment by March 28, 2016.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 12 day of February, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

---

[2] The Motion certifies that Plaintiff consents to Defendants' request for extension. (DE 11 at 1). Defendants' request for extension states "[i]f the Court does not stay proceedings on the motion for summary judgment, Defendants ask that they be granted an extension of their time to respond to that motion to March 28, 2016. Granting that motion would allow *Defendants to file their opposition combined with the dispositive motion they intend to file*[.]" (DE 11-1 at 6) (emphasis added).

[3] In reply, Defendants attach Plaintiff's email indicating he consented to an extension of time for Defendants to respond to the Motion for Summary Judgment and the Complaint concurrently. (DE 13-2).