UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80087-CIV-MIDDLEBROOKS

LARRY KLAYMAN,

 Plaintiff,

vs.

BARACK OBAMA, et al.,

 Defendants.

_____/

## JOINT MOTION TO WITHDRAW FROM MEDIATION

 Plaintiff Larry Klayman together with Defendants, by and through undersigned counsel, hereby move this Court to withdraw this case from mediation pursuant to Local Rule 16.2(d)(4); and, in support thereof, state the following:

 1. Plaintiff Larry Klayman sued Defendants alleging that several executive branch initiatives violate the Administrative Procedure Act and the Constitution.

 2. Plaintiff seeks declaratory and injunctive relief.

 3. The parties' positions are too far apart for this case to settle; accordingly, the only way this case can be resolved is by order of the Court.

 4. Local Rule 16.2 allows any case to be "exempt or withdrawn from mediation . . . upon application of a party and/or determination for any reason that the case is not suitable for mediation." Local Rule 16.2(d)(4).

 5. As the present case is not suitable for mediation, the parties jointly move for this case to be exempt or withdrawn from mediation. This request would avoid unnecessary

expenses for both Plaintiff and Defendants and promote the just and efficient resolution of this case.

WHEREFORE, for the above stated reasons, Plaintiff and Defendants jointly move this Court to withdraw this case from mediation.

DATED: February 19, 2016                           Respectfully submitted,

  */s/ Larry Klayman*                              BENJAMIN C. MIZER
Larry Klayman, Esq.                                Principal Deputy Assistant Attorney General
FL Bar No. 246220
7050 W Palmetto Park Road, Unit 15-287             WIFREDO A. FERRER
Boca Raton, Florida 33433                          U.S. Attorney
Telephone: (310) 595-0800
E-mail: leklayman@gmail.com                        JOHN R. TYLER
                                                   Assistant Director, Federal Programs Branch
*Plaintiff*
                                                     */s/ Bailey W. Heaps*
                                                   BAILEY W. HEAPS (CA Bar No. 295870)
                                                   Trial Attorney
                                                   U.S. Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   20 Massachusetts Avenue NW
                                                   Washington, D.C. 20530
                                                   Telephone: (202) 514-1280
                                                   Facsimile: (202) 616-8470
                                                   Bailey.W.Heaps@usdoj.gov

                                                   *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

      */s/ Bailey W. Heaps*
BAILEY W. HEAPS (CA Bar No. 295870)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Bailey.W.Heaps@usdoj.gov

*Counsel for Defendants*