IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80087-DMM

LARRY KLAYMAN,

    Plaintiff,

v.

BARACK OBAMA, President of the United States, THOMAS E. BRANDON, Deputy Director of the U.S. Department of Justice, Head of the Bureau of Alcohol, Tobacco and Firearms, LORETTA LYNCH, U.S. Attorney General, and
THE UNITED STATES OF AMERICA,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO WITHDRAW FROM MEDIATION

THIS CAUSE comes before the Court on the Parties' Joint Motion to Withdraw from Mediation ("Motion"), filed February 19, 2016. (DE 15). The Parties represent that their "positions are too far apart for this case to settle." (*Id.* at 1). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Motion to Withdraw from Mediation (DE 15) is **GRANTED**. The Parties are relieved from their obligation to mediate at this time.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 23 day of February, 2016.

                                                  DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record