UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80087-CIV-MIDDLEBROOKS

LARRY KLAYMAN,

    Plaintiff,

vs.

BARACK OBAMA et al.,

    Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMITATION

Defendants, by and through undersigned counsel, hereby move this Honorable Court for an order granting an enlargement of the page limitation for Defendants' Memorandum in Support of their Motion to Dismiss and Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.  Rather than separating the various submissions and filing multiple memoranda, Defendants have filed one consolidated brief in an effort to simplify matters for the Court.  However, Plaintiff's 31-page, 152-paragraph Complaint raises numerous jurisdictional issues in addition to the seven substantive causes of action he advances and his motion for summary judgment adds additional arguments that Defendants must address.  Good cause therefore exists for an enlargement of the page limitation.  Pursuant to Local Rule 7.1, the undersigned has conferred with Plaintiff, who has represented that he consents to Defendants' Motion.

DATED: March 28, 2016                    Respectfully submitted,

                                                          BENJAMIN C. MIZER
                                                          Principal Deputy Assistant Attorney General

WIFREDO A. FERRER
U.S. Attorney

JOHN R. TYLER
Assistant Director, Federal Programs Branch

  */s/ Bailey W. Heaps*
BAILEY W. HEAPS (CA Bar No. 295870)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Bailey.W.Heaps@usdoj.gov

*Counsel for Defendants*

**Certificate of Service**

      I hereby certify that a true and correct copy of the foregoing was served electronically on March 28, 2016, on all counsel or parties of record on the Service List below.

                                                         */s/ Bailey W. Heaps*
                                        BAILEY W. HEAPS (CA Bar No. 295870)
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue NW
                                        Washington, D.C. 20530
                                        Telephone: (202) 514-1280
                                        Facsimile: (202) 616-8470
                                        Bailey.W.Heaps@usdoj.gov

**SERVICE LIST**
MR. LARRY E. KLAYMAN, ESQ.
The Klayman Law Firm.
7050 W Palmetto Park Rd.
Suite 15-287
Boca Raton, Florida 33433
Email: leklayman@gmail.com
*Plaintiff*