UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80087-CIV-MIDDLEBROOKS

LARRY KLAYMAN,

    Plaintiff,

vs.

BARACK OBAMA et al.,

    Defendants.

_____/

**[PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED MOTION
FOR ENLARGEMENT OF PAGE LIMITATION**

    Before the Court is Defendants' Motion for Enlargement of Page Limitation.  The Court, having considered the parties' submission(s), hereby **GRANTS** the motion.

    So ordered.

DATED: _____

                                                                          _____
                                                                          THE HONORABLE DONALD M. MIDDLEBROOKS
                                                                          UNITED STATES DISTRICT JUDGE