UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80087-CIV-MIDDLEBROOKS

LARRY KLAYMAN,

    Plaintiff,

vs.

BARACK OBAMA et al.,

    Defendants.

_____/

## DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 56, Defendants hereby move to dismiss Plaintiff's complaint for lack of subject-matter jurisdiction and for summary judgment. The reasons supporting Defendants' motions are set forth in the accompanying memorandum of law.

DATED: March 28, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

WIFREDO A. FERRER
U.S. Attorney

JOHN R. TYLER
Assistant Director, Federal Programs Branch

   /s/ Bailey W. Heaps
BAILEY W. HEAPS (CA Bar No. 295870)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-1280
Facsimile: (202) 616-8470

Bailey.W.Heaps@usdoj.gov

*Counsel for Defendants*

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing was served electronically on March 28, 2016, on all counsel or parties of record on the Service List below.

                                                        */s/ Bailey W. Heaps*
                                                    BAILEY W. HEAPS (CA Bar No. 295870)
                                                    Trial Attorney
                                                    U.S. Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    20 Massachusetts Avenue NW
                                                    Washington, D.C. 20530
                                                    Telephone: (202) 514-1280
                                                    Facsimile: (202) 616-8470
                                                    Bailey.W.Heaps@usdoj.gov

**SERVICE LIST**
MR. LARRY E. KLAYMAN, ESQ.
The Klayman Law Firm.
7050 W Palmetto Park Rd.
Suite 15-287
Boca Raton, Florida 33433
Email: leklayman@gmail.com
*Plaintiff*