I IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

| | |
|---|---|
| LARRY KLAYMAN<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BARACK OBAMA, President<br><br>and<br><br>THOMAS E. BRANDON, Deputy Director of the U.S. Department of Justice, Head of the Bureau of Alcohol, Tobacco and Firearms<br><br>and<br><br>LORETTA LYNCH, U.S. Attorney General<br><br>and<br><br>THE UNITED STATES OF AMERICA<br>　　　　　　　　Defendants. | Case No. 9:16-cv-80087-<br>CIV-MIDDLEBROOKS |

**PLAINTIFF'S CONSENTED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS**

The Plaintiff respectfully requests that the Court extend the time for the Plaintiff to file his opposition to the Defendants' motion to dismiss and motion for summary judgment.

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 6, the Court is authorized to extend the time in which a response to a motion is due.

Similarly, Local Rule 7.1 acknowledges the propriety of a motion for an extension of time under this District's Local Rules, while providing the format for:

> (1) (J) motion for extensions of time providing the good cause supporting it is set forth in the motion;

The Plaintiff has conferred with counsel for the Defendants, and the Defendants have consented to the Plaintiff's requested for an extension of time for an additional ten (10) days until April 25, 2016.

In this case, the Defendants filed a combined motion to dismiss and motion for summary judgment, including with the Plaintiff's consent to exceed the page limits for a roughly 40 page combined memorandum of law.

Now with Defendants' expressed consent, the Plaintiff requests an extension of time in which to file his oppositions to both the Defendants' motion for summary judgment and motion to dismiss, including because the Plaintiff is responding to both a motion to dismiss and a related motion for summary judgment simultaneously within the 14 day (plus 3 day) turn-around.

Further, the Plaintiff has been temporarily short-staffed in his legal work and burdened in his schedule by the recent illness and death of his father.

Wherefore, the Plaintiff hereby respectfully requests that the Court modify the deadline for his Oppositions to the Defendants' motion to dismiss and motion for summary judgment

Dated: April 14, 2016                                Respectfully submitted,

                                                               */s/ Larry Klayman*
Larry Klayman, Esq.
FL Bar No. 246220
7050 W Palmetto Park Road, Unit 15-287
Boca Raton, Florida 33433
Telephone:  (310) 595-0800
E-mail:  leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this April 14, 2016 a true and correct copy of the foregoing Plaintiff's Request for Plaintiff's Consented Motion For Extension Of Time To File Opposition To Defendants' Motion For Summary Judgment and Motion To Dismiss was filed with the Court

through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

        JOHN R. TYLER
        Assistant Director, Federal Programs Branch

        BAILEY W. HEAPS (CA Bar No. 295870)
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue NW
        Washington, D.C. 20530
        Telephone: (202) 514-1280
        Facsimile: (202) 616-8470
        Bailey.W.Heaps@usdoj.gov
        *Counsel for Defendants*

        WIFREDO A. FERRER
        U.S. Attorney for the Southern District of Florida

        Mr. Anthony Erickson Pogorzelski, Esq.
        ASSISTANT U.S. ATTORNEY
        99 N.E. 4th Street, 3rd Floor
        Miami, Florida 33132
        Tel: (305) 961-9296
        Fax: (305) 530-7139
        Email: anthony.pogorzelski@usdoj.gov

                          */s/ Larry Klayman*
                          Larry Klayman, Esq.