# I IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Palm Beach Division

| | |
|---|---|
| LARRY KLAYMAN<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BARACK OBAMA, President<br><br>　　and<br><br>THOMAS E. BRANDON,<br>Bureau of Alcohol, Tobacco and Firearms<br><br>　　and<br><br>LORETTA LYNCH, U.S. Attorney General<br><br>　　and<br><br>THE UNITED STATES OF AMERICA<br><br>　　　　　　　Defendants. | <br><br><br><br><br><br><br><br><br><br>Case No. 9:16-cv-80087-<br>　　CIV-MIDDLEBROOKS |

### *[PROPOSED]*   CONSENT ORDER FOR EXTENSION OF TIME

Upon consideration of the Plaintiff's Consented Motion For Extension of Time to File Opposition To Defendants' Motion For Summary Judgment and Motion To Dismiss, and the represented consent of the Defendants, the Plaintiff's consented motion is hereby GRANTED pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 6, and Local Rule 7.1, and it is hereby ORDERED that the Plaintiff's Opposition shall be due within ten (10) days, being Monday, April 25, 2016.

Ordered this _____ day of April, 2016,

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE