IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

| | |
|---|---|
| LARRY KLAYMAN,<br><br>    Plaintiff,<br>v.<br><br>BARACK OBAMA, President<br><br>    and<br><br>THOMAS E. BRANDON, Deputy Director of the U.S. Department of Justice, Head of the Bureau of Alcohol, Tobacco and Firearms,<br><br>    and<br><br>LORETTA LYNCH, U.S. Attorney General<br><br>    and<br><br>THE UNITED STATES OF AMERICA<br><br>    Defendants. | Case No. 9:16-cv-80087-CIV-MIDDLEBROOKS |

**PLAINTIFF'S CONSENTED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS**

The Plaintiff respectfully requests that the Court extend the time for the Plaintiff to file his opposition to the Defendants' motion to dismiss and motion for summary judgment.

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 6, the Court is authorized to extend the time in which a response to a motion is due.

Similarly, Local Rule 7.1 acknowledges the propriety of a motion for an extension of time under this District's Local Rules, while providing the format for:

1

    (1) (J) motion for extensions of time providing the good cause
      supporting it is set forth in the motion;

  The Plaintiff has conferred with counsel for the Defendants, and the Defendants have consented to the Plaintiff's requested for an extension of time for an additional two (2) days until and including April 27, 2016.

  In this case, the Defendants filed a combined motion to dismiss and motion for summary judgment, including with the Plaintiff's consent to exceed the page limits for a roughly 40-page combined memorandum of law.

  Now with Defendants' expressed consent, the Plaintiff requests a short two-day extension of time in which to file his oppositions to both the Defendants' motion for summary judgment and motion to dismiss, including because the Plaintiff is responding to both a motion to dismiss and a related motion for summary judgment simultaneously allotted response time.

  Further, the Plaintiff has been temporarily short-staffed in his legal work and burdened in his schedule by the recent illness and death of his father.

  Wherefore, the Plaintiff hereby respectfully requests that the Court modify the deadline for his Oppositions to the Defendants' motion to dismiss and motion for summary judgment.

Dated: April 25, 2016

            Respectfully submitted,

            */s/ Larry Klayman*
            Larry Klayman, Esq.
            Freedom Watch
            2775 NW 49th Ave, Suite 205-345
            Ocala, FL, 34482
            Tel: (310) 595-0800
            Email: leklayman@gmail.com

            Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this April 25, 2016 a true and correct copy of the foregoing Plaintiff's Request for Plaintiff's Consented Motion For Extension Of Time To File Opposition To Defendants' Motion For Summary Judgment and Motion To Dismiss was filed with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

      BENJAMIN C. MIZER
      Principal Deputy Assistant Attorney General

      JOHN R. TYLER
      Assistant Director, Federal Programs Branch

      BAILEY W. HEAPS (CA Bar No. 295870)
      Trial Attorney
      U.S. Department of Justice
      Civil Division, Federal Programs Branch
       20 Massachusetts Avenue NW
      Washington, D.C. 20530
      Telephone: (202) 514-1280
       Facsimile: (202) 616-8470
      Bailey.W.Heaps@usdoj.gov
      *Counsel for Defendants*

      WIFREDO A. FERRER
      U.S. Attorney for the Southern District of Florida

      Mr. Anthony Erickson Pogorzelski, Esq.
      ASSISTANT U.S. ATTORNEY
      99 N.E. 4th Street, 3rd Floor
      Miami, Florida 33132
      Tel: (305) 961-9296
      Fax: (305) 530-7139
      Email: anthony.pogorzelski@usdoj.gov

                                             */s/ Larry Klayman*
                                             Larry Klayman, Esq.