**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division**

| | |
|---|---|
| LARRY KLAYMAN, | |
| Plaintiff, | |
| v. | |
| BARACK OBAMA, President | |
| and | **Case No. 9:16-cv-80087-CIV-MIDDLEBROOKS** |
| THOMAS E. BRANDON, Bureau of Alcohol, Tobacco and Firearms | |
| and | |
| LORETTA LYNCH, U.S. Attorney General | |
| and | |
| THE UNITED STATES OF AMERICA | |
| Defendants. | |

*[PROPOSED]* **CONSENT ORDER FOR EXTENSION OF TIME**

Upon consideration of the Plaintiff's Consented Motion For Extension of Time to File Opposition To Defendants' Motion For Summary Judgment and Motion To Dismiss, and the represented consent of the Defendants, the Plaintiff's consent motion is hereby GRANTED pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 6, and Local Rule 7.1, and it is hereby ORDERED that the Plaintiff's Opposition shall be due within two (2) days, being on or before Wednesday, April 27, 2016.

Ordered this _____ day of April, 2016,

_____
UNITED STATES DISTRICT JUDGE

1