IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

| | |
|---|---|
| LARRY KLAYMAN,<br><br>        Plaintiff,<br>v.<br><br>BARACK OBAMA, President<br><br>   and<br><br>THOMAS E. BRANDON, Deputy Director of the U.S. Department of Justice, Head of the Bureau of Alcohol, Tobacco and Firearms,<br><br>   and<br><br>LORETTA LYNCH, U.S. Attorney General<br><br>   and<br><br>THE UNITED STATES OF AMERICA<br><br>        Defendants. | Case No. 9:16-cv-80087-CIV-MIDDLEBROOKS |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL CASE AUTHORITY**

The Plaintiff respectfully requests that the Court take under consideration the following cases regarding Plaintiff's Motion for Summary Judgment:

*Texas v. United States*, 86 F. Supp. 3d 591 (S.D. Tex. 2015) (the "District Court case");

*Texas v. United States*, 809 F.3d 134 (5th Cir. Tex. 2015) (the "Fifth Circuit case")

In the District Court case, the court had occasion to analyze the Government's expansion of Deferred Action for Childhood Arrivals ("DACA"), which the Government implemented without complying with formal APA rulemaking procedures, through the use of an Executive

1

Order—remarkably similar to the case at bar. In the District Court case, the court held that the Government's action was judicially reviewable because it constituted "final agency action", 866 F. Supp. 3d at 648-49, and that the Government's action needed to have gone through APA note-and-comment rule making because the Executive Order constituted a "substantive" rule that "award[ed] rights, impose[ed] obligations, or ha[d] other significant effects on private interests have been found to have a binding effect on agency discretion." *Id*. at 666.

On appeal, the Fifth Circuit affirmed the District Court's decision. The Fifth Circuit found that the District Court properly found that the Government's purported grant of discretion was only pre-textual in that the Executive Order did not "genuinely leave the agency and its employees free to exercise discretion." 809 F.3d at 176. Moreover, the Executive Order "undoubtedly" met the substantial impact test in that it conferred lawful presence on illegal aliens." *Id*. Accordingly, the Fifth Circuit affirmed the District Court case's injunction against the Government's Executive Order.

Plaintiff respectfully requests that this Court consider and apply the legal principles set forth in the preceding cases to the case at bar.

Dated: May 2, 2016

                                          Respectfully submitted,

                                          */s/ Larry Klayman*
                                          Larry Klayman, Esq.
                                          Freedom Watch
                                          7050 W Palmetto Park Road, Unit 15-287
                                          Boca Raton, Florida 33433
                                          Tel: (310) 595-0800
                                          Email: leklayman@gmail.com

                                          Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this May 2, 2016 a true and correct copy of the foregoing Notice of Supplemental Case Authority was filed and served with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

>BENJAMIN C. MIZER
>Principal Deputy Assistant Attorney General
>
>JOHN R. TYLER
>Assistant Director, Federal Programs Branch
>
>BAILEY W. HEAPS (CA Bar No. 295870)
>Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
>Washington, D.C. 20530
>Telephone: (202) 514-1280
> Facsimile: (202) 616-8470
>Bailey.W.Heaps@usdoj.gov
>*Counsel for Defendants*
>
>WIFREDO A. FERRER
>U.S. Attorney for the Southern District of Florida
>
>Mr. Anthony Erickson Pogorzelski, Esq.
>ASSISTANT U.S. ATTORNEY
>99 N.E. 4th Street, 3rd Floor
>Miami, Florida 33132
>Tel: (305) 961-9296
>Fax: (305) 530-7139
>Email: anthony.pogorzelski@usdoj.gov

>>__*/s/ Larry Klayman*____
>>Larry Klayman, Esq.