UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80087-CIV-MIDDLEBROOKS

LARRY KLAYMAN,

    Plaintiff,

vs.

BARACK OBAMA, et al.,

    Defendants.

_____/

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Defendants, by and through undersigned counsel, respectfully move for an extension of time of nine days, up to and including May 18, 2016, to file a reply memorandum in support of their motions to dismiss and for summary judgment in the above-captioned case. In support of this motion, Defendants state as follows:

1. Defendants moved to dismiss the Complaint for lack of subject-matter jurisdiction and for summary judgment on March 28, 2016. *See* ECF No. 18.

2. After receiving two extensions of time in which to file an opposition,[1] *see* ECF Nos. 20, 22, Plaintiff filed two opposition briefs on April 27, 2016. *See* ECF Nos. 24, 25.

3. Defendants' current deadline to file a reply brief is May 9, 2016. Defendants are requesting permission to file on or before May 18 because undersigned counsel has conflicting professional obligations, some of which could not have been foreseen, over the coming two weeks. The additional time is thus necessary for Defendants to effectively prepare a reply to

---

[1] Plaintiff's first request was for an additional 11 days; his second request sought two days. Defendants consented to both requests in full.

1

Plaintiff's submissions.  Granting the requested extension will not affect any other previously scheduled deadlines in the case.

4. Defendants previously received one extension in this case so as to permit their opposition to Plaintiff's motion for summary judgment to coincide with the filing of Defendants' responsive pleading.  *See* ECF No. 11.

## Certificate of Conference

Pursuant to Local Civil Rule 7.1(a)(3), undersigned counsel conferred with Plaintiff (who is acting *pro se*), who indicated that he would consent to a seven-day extension.

DATED: May 3, 2016                    Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

WIFREDO A. FERRER
U.S. Attorney

JOHN R. TYLER
Assistant Director, Federal Programs Branch

 */s/ Bailey W. Heaps*
BAILEY W. HEAPS (CA Bar No. 295870)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Bailey.W.Heaps@usdoj.gov

*Counsel for Defendants*

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing was served electronically on May 3, 2016, on all counsel or parties of record on the Service List below.

                                              */s/ Bailey W. Heaps*
                                           BAILEY W. HEAPS (CA Bar No. 295870)
                                           Trial Attorney
                                           U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Avenue NW
                                           Washington, D.C. 20530
                                           Telephone: (202) 514-1280
                                           Facsimile: (202) 616-8470
                                           Bailey.W.Heaps@usdoj.gov

**SERVICE LIST**
MR. LARRY E. KLAYMAN, ESQ.
The Klayman Law Firm.
7050 W Palmetto Park Rd.
Suite 15-287
Boca Raton, Florida 33433
Email: leklayman@gmail.com
*Plaintiff*