UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80087-CIV-MIDDLEBROOKS

**LARRY KLAYMAN,**

    **Plaintiff,**

vs.

**BARACK OBAMA, et al.,**

    **Defendants.**

_____/

**[Proposed] ORDER ON DEFENDANTS'
MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendants' Motion for an Extension of Time and for good cause shown, it is hereby:

**ORDERED** that the motion is **GRANTED**. Defendant's reply memorandum is due on or before May 18, 2016.

**SO ORDERED.**


Dated: _____, 2016     _____
                                                                            UNITED STATES DISTRICT JUDGE