IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

| | |
|---|---|
| LARRY KLAYMAN,<br><br>       Plaintiff,<br>v.<br><br>BARACK OBAMA, President<br><br>   and<br><br>THOMAS E. BRANDON, Deputy Director of the U.S. Department of Justice, Head of the Bureau of Alcohol, Tobacco and Firearms,<br><br>   and<br><br>LORETTA LYNCH, U.S. Attorney General<br><br>   and<br><br>THE UNITED STATES OF AMERICA<br><br>       Defendants. | Case No. 9:16-cv-80087-CIV-MIDDLEBROOKS |

### PLAINTIFF'S MOTION FOR CLARIFICATION CONCERNING PRE-TRIAL SCHEDULING ORDER

Plaintiff, Larry Klayman, hereby moves the honorable Court for a clarification of its Scheduling Order of February 4, 2016.

An issue has arisen as to whether the Court intended to stay or hold in abeyance the pre-trial dates, pending its rulings on the outstanding dispositive motions, filed by both Plaintiff and Defendants. Defendants have stated that they are not in favor of discovery should the Court not grant their dispositive motions and assert that this case can be decided without trial. Plaintiff asserts that discovery may be required, as well as the designation of witnesses for trial,

1

depending on how the Court rules on these motions, particularly if there are issues of fact that this court views as controverted.

For this reason, Plaintiff respectfully seeks clarification from the Court, as he has assumed that if his dispositive motion for summary judgment is not granted, that the case would proceed to discovery, the parties would be entitled to designate witnesses, and later proceed to trial, currently scheduled for August 22, 2016.

Plaintiff has conferred in good faith with Defendants' counsel concerning this motion and could not resolve their difference of interpretations of the Court's intention once the dispositive motions are ruled upon.

Dated: June 6, 2016

                                              Respectfully submitted,

                                              */s/ Larry Klayman*
                                              Larry Klayman, Esq.
                                              Freedom Watch
                                              7050 W Palmetto Park Road, Unit 15-287
                                              Boca Raton, Florida 33433
                                              Tel: (310) 595-0800
                                              Email: leklayman@gmail.com

                                              Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this June 6, 2016 a true and correct copy of the foregoing was filed and served with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

>BENJAMIN C. MIZER
>Principal Deputy Assistant Attorney General
>
>JOHN R. TYLER
>Assistant Director, Federal Programs Branch
>
>BAILEY W. HEAPS (CA Bar No. 295870)
>Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
>Washington, D.C. 20530
>Telephone: (202) 514-1280
> Facsimile: (202) 616-8470
>Bailey.W.Heaps@usdoj.gov
>*Counsel for Defendants*
>
>WIFREDO A. FERRER
>U.S. Attorney for the Southern District of Florida
>
>Mr. Anthony Erickson Pogorzelski, Esq.
>ASSISTANT U.S. ATTORNEY
>99 N.E. 4th Street, 3rd Floor
>Miami, Florida 33132
>Tel: (305) 961-9296
>Fax: (305) 530-7139
>Email: anthony.pogorzelski@usdoj.gov

>>   */s/ Larry Klayman*
>>  Larry Klayman, Esq.