# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
## Palm Beach Division

LARRY KLAYMAN,

       Plaintiff,

v.

BARACK OBAMA, President

   and

THOMAS E. BRANDON, Deputy Director of the U.S. Department of Justice, Head of the Bureau of Alcohol, Tobacco and Firearms,

   and

LORETTA LYNCH, U.S. Attorney General

   and

THE UNITED STATES OF AMERICA

       Defendants.

Case No. 9:16-cv-80087-CIV-MIDDLEBROOKS

## PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR CLARIFICATION

Defendants admit that there is no disputed issue of fact before this Court and thus they accept the allegations of the complaint as true, as well as the facts set forth in Plaintiff's Motion for Summary Judgment [Dkt. # 8]. Under these circumstances, no discovery is necessary and this case can proceed to trial if Plaintiff's Motion for Summary judgment is not otherwise granted.

Dated: June 7, 2016

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
Freedom Watch
7050 W Palmetto Park Road, Unit 15-287
Boca Raton, Florida 33433
Tel: (310) 595-0800
Email: leklayman@gmail.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this June 7, 2016 a true and correct copy of the foregoing was filed and served with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

>BENJAMIN C. MIZER
>Principal Deputy Assistant Attorney General
>
>JOHN R. TYLER
>Assistant Director, Federal Programs Branch
>
>BAILEY W. HEAPS (CA Bar No. 295870)
>Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
>Washington, D.C. 20530
>Telephone: (202) 514-1280
> Facsimile: (202) 616-8470
>Bailey.W.Heaps@usdoj.gov
>*Counsel for Defendants*
>
>WIFREDO A. FERRER
>U.S. Attorney for the Southern District of Florida
>
>Mr. Anthony Erickson Pogorzelski, Esq.
>ASSISTANT U.S. ATTORNEY
>99 N.E. 4th Street, 3rd Floor
>Miami, Florida 33132
>Tel: (305) 961-9296
>Fax: (305) 530-7139
>Email: anthony.pogorzelski@usdoj.gov

>>>   */s/ Larry Klayman*
>>>Larry Klayman, Esq.