IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80087-DMM

LARRY KLAYMAN,

    Plaintiff,

v.

BARACK OBAMA, President of the United
States, THOMAS E. BRANDON, Deputy
Director of the U.S. Department of Justice,
Head of the Bureau of Alcohol, Tobacco and
Firearms, LORETTA LYNCH, U.S. Attorney
General, and
THE UNITED STATES OF AMERICA,

    Defendants.
_____/

## ORDER DENYING MOTION FOR CLARIFICATION AS MOOT

THIS CAUSE comes before the Court on the Plaintiff's Motion for Clarification ("Motion"), filed June 6, 2016. (DE 30). In his Motion, Plaintiff represents that there is a dispute as to whether the case is stayed. (DE 30 at 1). "Plaintiff asserts that discovery may be required," and seeks clarification of my previous Order Granting in Part and Denying in Part Defendants' Motion to Stay or, in the Alternative, for an Extension of Time. (*Id.*). In response, Defendants contend "the answer to Plaintiff's question is abundantly clear: the Court's scheduling order has not been stayed and Plaintiff long ago missed his chance to request discovery." (DE 32 at 1). In reply, Plaintiff represents that "[u]nder these circumstances, no discovery is necessary." (DE 33 at 1). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Clarification (DE 30) is **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this ___ day of June, 2016.

                                  DONALD M. MIDDLEBROOKS
                                  UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record