IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

| | |
|---|---|
| LARRY KLAYMAN,<br><br>        Plaintiff,<br>v.<br><br>BARACK OBAMA, President<br><br>    and<br><br>THOMAS E. BRANDON, Deputy Director of the U.S. Department of Justice, Head of the Bureau of Alcohol, Tobacco and Firearms,<br><br>    and<br><br>LORETTA LYNCH, U.S. Attorney General<br><br>    and<br><br>THE UNITED STATES OF AMERICA<br><br>        Defendants. | Case No. 9:16-cv-80087-CIV-MIDDLEBROOKS |

## NOTICE OF APPEAL

**NOTICE** is hereby given that Plaintiff, Larry Klayman, appeals to the U.S. Court of Appeals for the Eleventh Circuit from the Order of this Court entered on June 16, 2016 (Dkt. # 35), attached as Exhibit 1, and any and all other underlying decisions and orders in this lawsuit.

Dated: July 13, 2016

1

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
Freedom Watch, Inc.
7050 W Palmetto Park Road, Unit 15-287
Boca Raton, Florida 33433
Tel: (310) 595-0800
Email: leklayman@gmail.com

*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this July 13, 2016 a true and correct copy of the foregoing was filed and served with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

>BENJAMIN C. MIZER
>Principal Deputy Assistant Attorney General
>
>JOHN R. TYLER
>Assistant Director, Federal Programs Branch
>
>BAILEY W. HEAPS (CA Bar No. 295870)
>Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
>Washington, D.C. 20530
>Telephone: (202) 514-1280
> Facsimile: (202) 616-8470
>Bailey.W.Heaps@usdoj.gov
>*Counsel for Defendants*
>
>WIFREDO A. FERRER
>U.S. Attorney for the Southern District of Florida
>
>Mr. Anthony Erickson Pogorzelski, Esq.
>ASSISTANT U.S. ATTORNEY
>99 N.E. 4th Street, 3rd Floor
>Miami, Florida 33132
>Tel: (305) 961-9296
>Fax: (305) 530-7139
>Email: anthony.pogorzelski@usdoj.gov

>>*/s/ Larry Klayman*
>>Larry Klayman, Esq.