Case 9:16-cv-80087-DMM   Document 37   Entered on FLSD Docket 07/25/2016   Page 1 of 2
Case: 16-14963     Date Filed: 07/14/2016     Page: 1 (13 of 26)

FILED BY HH
Jul 25, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

| | |
|---|---|
| LARRY KLAYMAN,<br><br>　　　　Plaintiff,<br>v.<br><br>BARACK OBAMA, President<br><br>　　and<br><br>THOMAS E. BRANDON, Deputy Director of the U.S. Department of Justice, Head of the Bureau of Alcohol, Tobacco and Firearms,<br><br>　　and<br><br>LORETTA LYNCH, U.S. Attorney General<br><br>　　and<br><br>THE UNITED STATES OF AMERICA<br><br>　　　　Defendants. | Case No. 9:16-cv-80087-CIV-MIDDLEBROOKS |

## NOTICE OF APPEAL

**NOTICE** is hereby given that Plaintiff, Larry Klayman, appeals to the U.S. Court of Appeals for the Eleventh Circuit from the Order of this Court entered on June 16, 2016 (Dkt. # 35), attached as Exhibit 1, and any and all other underlying decisions and orders in this lawsuit.

Dated: July 13, 2016

1

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
Freedom Watch, Inc.
7050 W Palmetto Park Road, Unit 15-287
Boca Raton, Florida 33433
Tel: (310) 595-0800
Email: leklayman@gmail.com

*Attorney for Plaintiff*